No. 25-2049
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

JESSE POLANSKY,
*Plaintiff-Appellant*,

v.

GEISINGER HOLY SPIRIT ET AL.,
*Defendants-Appellees*.

_____

United States District Court
for the Middle District of Pennsylvania

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

_____

| | |
|---|---|
| Julia Solomon-Strauss | Edwina Clarke |
| Kathleen Foley | David Zimmer |
| Eric Citron | ZIMMER, CITRON & CLARKE LLP |
| ZIMMER, CITRON & CLARKE LLP | 130 Bishop Allen Dr. |
| 1629 K Street NW, Suite 300 | Cambridge, MA 02139 |
| Washington, D.C. 20006 | (617) 676-9421 |
| (202) 796-4540 | |
| | Stephen L. Shackelford, Jr. |
| Lindsey Powell | Nicholas C. Carullo |
| ZIMMER, CITRON & CLARKE LLP | SUSMAN GODFREY LLP |
| 345 W. Washington Ave. #300 | 395 9th Avenue, 50th Floor |
| Madison, WI 53703 | New York, NY 10001 |
| (608) 394-6750 | (212) 336-8330 |

*Counsel for Appellant Jesse Polansky*

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellant Dr. Jesse Polansky respectfully requests a 31-day extension, from January 2, 2026, to February 2, 2026, to file the reply brief in this case.[1]  Good cause exists for granting this motion, as discussed in the attached declaration.  In short, the reply brief is currently due January 2, 2026, at the end of two holiday weeks during which lead appellate counsel Zimmer, Citron, & Clarke have competing family obligations.  Lead appellate counsel also have competing deadlines in other cases over the next month, including three briefs and three oral arguments.  Zimmer, Citron & Clarke is a six-person firm, and all its members will be involved in preparing these filings and arguments.  These competing obligations make it exceedingly difficult for counsel to prepare the reply brief in this case by January 2, 2026.  No prior extension of time for this brief has been requested.  Counsel for Dr. Polansky have consulted with counsel for Appellees Geisinger Holy Spirit, Geisinger Community Medical Center, Geisinger Medical Center, and Spirit Physician Services Inc., who state that their clients do not oppose this motion.

---

[1] A 30-day extension would make the reply brief due on Sunday, February 1, 2026; therefore, counsel asks for 31 days.

Respectfully submitted,

Date: December 15, 2025

/s/ Edwina Clarke
Edwina Clarke
David Zimmer
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Dr.
Cambridge, MA 02139
(617) 676-9421
eclarke@zimmercitronclarke.com

Julia Solomon-Strauss
Kathleen Foley
Eric Citron
ZIMMER, CITRON & CLARKE LLP
1629 K Street NW, Suite 300
Washington, D.C. 20006
(202) 796-4540

Lindsey Powell
ZIMMER, CITRON & CLARKE LLP
345 W. Washington Ave. #300
Madison, WI 53703
(608) 394-6750

Stephen L. Shackelford, Jr.
Nicholas C. Carullo
SUSMAN GODFREY LLP
395 9th Avenue, 50th Floor
New York, NY 10001
(212) 336-8330

*Counsel for Appellant Jesse Polansky*

# DECLARATION

I, EDWINA CLARKE, declare:

1. I am a partner at Zimmer, Citron & Clarke LLP, and I am one of the attorneys representing Dr. Jesse Polansky in this matter.

2. On April 30, 2025, the district court issued a decision granting Defendants' motion to dismiss the complaint in this case.

3. On May 29, 2025, Dr. Polansky timely filed a notice of appeal in this Court.

4. On August 19, 2025, the Court directed Dr. Polansky to file his opening brief by September 29, 2025.

5. On September 3, 2025, Dr. Polansky filed an unopposed motion for a 30-day extension of time to file his opening brief.

6. On September 5, 2025, the Court granted the motion, making the opening brief due on October 29, 2025.

7. On October 29, 2025, Dr. Polansky filed his opening brief.

8. On November 20, 2025, the Court granted the appellees a 14-day extension of time to file their brief.

9. Appellees' brief was submitted on December 12, 2025.

10. Dr. Polansky's reply brief is currently due on January 2, 2026.

11.     Dr. Polansky is now seeking a 31-day extension to file his reply brief, up to and including February 2, 2026.

12.     This is Dr. Polansky's first request for an extension of the deadline to file his reply brief.  Good cause exists for granting this motion.  The reply brief is currently due on January 2, 2026, at the end of two weeks that include the Christmas and New Year's holidays.  Counsel responsible for briefing this appeal have family obligations during those two weeks, including caring for several young children out of school.  In addition, counsel have competing work obligations over the next month, including a brief due in the Ninth Circuit on December 26, 2025, a brief due in the Second Circuit on January 7, 2026 (for which counsel is seeking an extension), and a brief due in Maine state court on January 9, 2026.  Attorneys at Zimmer, Citron & Clarke have a Second Circuit argument and two Ninth Circuit arguments the week of January 12, 2026.  Zimmer, Citron & Clarke is a six-person firm, and all its members will be involved in preparing these filings and for the oral arguments.

13.     For the foregoing reasons, an extension of 31 days to file the reply brief is necessary and appropriate.

14.     On November 17, 2025, counsel for Appellees Geisinger Holy Spirit, Geisinger Community Medical Center, Geisinger Medical Center, and Spirit Physician Services Inc., informed me that their clients do not oppose this motion.

2

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December, 2025.

      /s/ Edwina Clarke
Edwina Clarke
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Dr.
Cambridge, MA 02139
(617) 676-9421
eclarke@zimmercitronclarke.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 210 words.

This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) (citing Fed. R. App. P. 32(a)(5) and (a)(6)) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in size 14-point Times New Roman font.

Dated:  December 15, 2025                               /s/ Edwina Clarke
                                                        Edwina Clarke

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the court's electronic filing system. I further certify that all participants in the case are registered Filing Users and that service will be accomplished electronically by the Notice of Docket Activity.

Dated:  December 15, 2025 　　　　　　　　　/s/ Edwina Clarke
　　　　　　　　　　　　　　　　　　　　　　Edwina Clarke