UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2049**

Polansky v. Geisinger Holy Spirit

To: Clerk

1) Unopposed Motion by Appellees for Leave to File Supplemental Appendix

The foregoing motion is also construed as a motion to expand the record. So construed, the motion is referred to the merits panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 17, 2025
MS/cc: All counsel/parties of record