# No. 25-2049

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

JESSE POLANSKY,
*Plaintiff-Appellant*,

v.

GEISINGER HOLY SPIRIT ET AL.,
*Defendants-Appellees*.

On appeal from the United States District Court
for the Middle District of Pennsylvania

### Addendum to APPELLANT'S OPENING BRIEF
### with Corrected Table of Authorities

Julia A. Solomon-Strauss
Kathleen Foley
Eric F. Citron
ZIMMER, CITRON & CLARKE LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
(617) 676-9410

Lindsey Powell
ZIMMER, CITRON & CLARKE LLP
345 W. Washington Ave. #300
Madison, WI 53703
(608) 394-6750

Edwina Clarke
David Zimmer
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Dr.
Cambridge, MA 02139
(617) 676-9421

Stephen L. Shackelford, Jr.
Nicholas C. Carullo
SUSMAN GODFREY LLP
395 9th Avenue, 50th Floor
New York, NY 10001
(212) 336-8330

# TABLE OF AUTHORITIES

**Cases**

*Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991) .........................32

*Ballentine v. United States*, 486 F.3d 806 (3d Cir. 2007)........................................27

*Carr v. United States*, 560 U.S. 438 (2010)............................................................28

*Cho ex rel. States v. Surgery Partners, Inc.*, 30 F.4th 1035 (11th Cir. 2022) .........34

*Cooper v. Blue Cross & Blue Shield of Florida, Inc.*, 19 F.3d 562 (11th Cir. 1994)
     (per curiam) ................................................................................. 26, 52, 53

*Costner v. URS Consultants, Inc.*, 153 F.3d 667 (8th Cir. 1998) ..............................5

*Garrett v. Wexford Health*, 938 F.3d 69 (3d Cir. 2019) ..........................................33

*Gwaltney of Smithfield, Ltd. v. Chesapeake Bay Found., Inc.*, 484 U.S. 49 (1987) ...
     ..................................................................................................................28

*In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410 (3d Cir. 1997)...............41

*In re Natural Gas Royalties Qui Tam Litig. (CO2 Appeals)*, 566 F.3d 956 (10th
     Cir. 2009) ..................................................................................................37

*In re Natural Gas Royalties*, 562 F.3d 1032 (10th Cir. 2009)................................50

*In re Plavix Mktg., Sales Pracs. & Prods. Liab. Litig. (No. II)*, 974 F.3d 228 (3d
     Cir. 2020)...................................................................................................21

*Kellogg Brown & Root Servs., Inc. v. U.S., ex rel. Carter*, 575 U.S. 650 (2015) ...32

*Khan v. Attorney Gen.*, 979 F.3d 193 (3d Cir. 2020) ..............................................27

*Leveski v. ITT Educ. Servs., Inc.*, 719 F.3d 818 (7th Cir. 2013)..............................46

*Minnesota Ass'n of Nurse Anesthetists v. Allina Health Sys. Corp.*, 276 F.3d 1032
     (8th Cir. 2002) ...........................................................................................49

*Nichols v. United States*, 578 U.S. 110 (2016) .......................................................28

*Polansky v. Executive Health Res. Inc.*, 17 F.4th 376 (3d Cir. 2021) .....................21

*Polansky v. Executive Health Res., Inc.*, 422 F. Supp. 3d 916 (E.D. Pa. 2019) ..........
     ..................................................................................................... 21, 33, 50

*Rockwell Int'l Corp. v. United States*, 549 U.S. 457 (2007)..................................34

*Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025) ..............................33

*Singh v. Attorney Gen. of United States*, 12 F.4th 262 (3d Cir. 2021) ....................29

*Stinson, Lyons, Gerlin & Bustamante, P.A. v. Prudential Ins. Co.*, 944 F.2d 1149 (3d Cir. 1991).................................................................................. 48, 49

*U.S. ex rel. Absher v. Momence Meadows Nursing Ctr.*, 764 F.3d 699 (7th Cir. 2014) ............................................................................................. 36, 38, 42, 51

*U.S. ex rel. Baltazar v. Warden*, 635 F.3d 866 (7th Cir. 2011) ................... 37, 39, 52

*U.S. ex rel. Bennett v. Biotronik, Inc.*, 876 F.3d 1011 (9th Cir. 2017)............. 28, 32

*U.S. ex rel. Berkowitz v. Automation Aids, Inc.*, 896 F.3d 834 (7th Cir. 2018) ......51

*U.S. ex rel. Bookwalter v. UPMC*, 946 F.3d 162 (3d Cir. 2019)...............................6

*U.S. ex rel. Dunleavy v. County of Delaware*, 123 F.3d 734 (3d Cir. 1997)... passim

*U.S. ex rel. Gadbois v. PharMerica Corp.*, 809 F.3d 1 (1st Cir. 2015)...................33

*U.S. ex rel. Holmes v. Consumer Ins. Grp.*, 318 F.3d 1199 (10th Cir. 2003) (en banc)........................................................................................................49

*U.S. ex rel. Lovell v. AthenaHealth, Inc.*, 56 F.4th 152 (1st Cir. 2022) ..................45

*U.S. ex rel. Marcus v. Hess*, 317 U.S. 537 (1943) ..................................................47

*U.S. ex rel. Mateski v. Raytheon Co.*, 816 F.3d 565 (9th Cir. 2016)................. 46, 53

*U.S. ex rel. May v. Purdue Pharma L.P.*, 811 F.3d 636 (4th Cir. 2016).................32

*U.S. ex rel. Merena v. SmithKline Beecham Corp.*, 205 F.3d 97 (3d Cir. 2000) *as amended* (Apr. 21, 2000) (Alito, J.) ................................................... 34, 45

*U.S. ex rel. Mistick PBT v. Housing Auth. of City of Pittsburgh*, 186 F.3d 376 (3d Cir. 1999)..................................................................................................36

*U.S. ex rel. Moore & Co., P.A. v. Majestic Blue Fisheries, LLC*, 812 F.3d 294 (3d Cir. 2016) ................................................................................................ passim

*U.S. ex rel. Poteet v. Medtronic, Inc.*, 552 F.3d 503 (6th Cir. 2009) ......................44

*U.S. ex rel. Rost v. Pfizer, Inc.*, 507 F.3d 720 (1st Cir. 2007) ................................34

*U.S. ex rel. S. Prawer & Co. v. Fleet Bank of Maine*, 24 F.3d 320 (1st Cir. 1994) ............................................................................................................ passim

*U.S. ex rel. Sam Jones Co., LLC v. Biotronik, Inc.*, 152 F.4th 946 (9th Cir. 2025) .... ........................................................................................................................53

*U.S. ex rel. Schutte v. SuperValu Inc.*, 598 U.S. 739 (2023) ...................................38

*U.S. ex rel. Shea v. Cellco P'ship*, 863 F.3d 923 (D.C. Cir. 2017) .........................34

*U.S. ex rel. Sonnier v. Standard Fire Ins. Co.*, 84 F. Supp. 3d 575 (S.D. Tex. 2015). ........................................................................................................................45

*U.S. ex rel. Springfield Terminal Ry. Co. v. Quinn*, 14 F.3d 645 (D.C. Cir. 1994)..... ................................................................................................................... 48, 49

*U.S. ex rel. Wood v. Allergan, Inc.*, 899 F.3d 163 (2d Cir. 2018) ...........................34

*U.S., ex rel. Polansky v. Executive Health Res., Inc.*, 599 U.S. 419 (2023)..... 21, 32

*United States v. Executive Health Res., Inc.*, 196 F. Supp. 3d 477 (E.D. Pa. 2016) ........................................................................................................................18

*United States v. Johnman*, 948 F.3d 612 (3d Cir. 2020) .........................................39

*United States v. McCauley*, 983 F.3d 690 (4th Cir. 2020).......................................39

*United States v. Omnicare, Inc.*, 903 F.3d 78 (3d Cir. 2018)..................... 38, 52, 53

*United States v. Wilson*, 503 U.S. 329 (1992) .......................................................27

*Worldcom, Inc. v. Graphnet, Inc.*, 343 F.3d 651 (3d Cir. 2003) ...............................6

**Statutes**

1 U.S.C. § 1 ................................................................................................................28

28 U.S.C. § 1291 .........................................................................................................3

28 U.S.C. § 1331 .........................................................................................................3

31 U.S.C. § 3729(a)(1).............................................................................. 4, 18, 38, 50

31 U.S.C. § 3730(b)(1)................................................................................................4

31 U.S.C. § 3730(b)(2)................................................................................................4

31 U.S.C. § 3730(b)(5)................................................................................... 5, 21, 30

31 U.S.C. § 3730(c)(1)..........................................................................................4

31 U.S.C. § 3730(c)(2)..........................................................................................4

31 U.S.C. § 3730(c)(2)(A)...................................................................................32

31 U.S.C. § 3730(c)(3)..........................................................................................4

31 U.S.C. § 3730(d) ..............................................................................................4

31 U.S.C. § 3730(e)(1)........................................................................................21

31 U.S.C. § 3730(e)(2)........................................................................................21

31 U.S.C. § 3730(e)(3)................................................................................. passim

31 U.S.C. § 3730(e)(4)..................................................................... 5, 21, 29, 32

31 U.S.C. § 3731(c) ..............................................................................................4

31 U.S.C. § 3732(a) ..............................................................................................3

31 U.S.C. §§ 3729-3733 .......................................................................................4

42 U.S.C. § 1395nn ..............................................................................................6

42 U.S.C. § 1395y(a)(1)(A) .................................................................................7

42 U.S.C. § 426 ....................................................................................................7

42 U.S.C. §§ 1395 *et seq.*....................................................................................7

**Other Authorities**

Br. for U.S. as Amicus Curiae, *U.S. ex rel. Bennett v. Biotronik*, No. 16-15919 (9th Cir. Dec. 2, 2016) ........................................................................................ 31, 32

*False Claims Act Implementation: Hearing Before the Subcomm. on Admin Law and Gov. Relations of the House Comm. on the Judiciary*, 101st Cong., 2d Sess. 3 (1990) (statement of co-sponsor Sen. Grassley) ........................ 26, 48

Gov't Statement of Interest, *U.S. ex rel. Schweizer v. Canon USA, Inc.*, No. 16-cv-582 (S.D. Tex. Apr. 19, 2018), Dkt. 37 .......................................................31

 **Regulations**

42 C.F.R. § 412.3(d)(1)........................................................................................8

## CERTIFICATE OF SERVICE

I, Edwina Clarke, certify that, on this date, the foregoing document was served by filing it on the court's CM/ECF system and additionally via electronic mail to all counsel of record.

Dated: February 3, 2026                    /s/ Edwina Clarke
                                           Edwina Clarke