OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 20, 2026

Daniel T. Brier, Esq.
Eric F. Citron, Esq.
Edwina Bullard Clarke, Esq.
Natasha L. Dobrott, Esq.
Kathleen A. Foley, Esq.
Matthew L. Knowles, Esq.
Dana M. McSherry, Esq.
Julia Solomon-Strauss, Esq.
Mara Theophila, Esq.
Donna A. Walsh, Esq.
David Zimmer, Esq.

RE: Jesse Polansky v. Geisinger Holy Spirit, et al
Case Number: 25-2049
District Court Case Number: 1:20-cv-00599

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, May 14, 2026** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **SHWARTZ, MASCOTT and MCKEE, Circuit Judges**

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Khadija
Calendar Clerk
267-299-4914